IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARK WEBER,

    Petitioner,

v.                                           CASE NO. 5:09-cv-00374-RH -GRJ

WALTER A MCNEIL,

    Respondent.

_____/

**O R D E R**

Upon due consideration, Respondent's motion for an extension of time until **December 3, 2010**, to respond to the Petition (Doc. 17) is **GRANTED.** Petitioner shall have until **January 3, 2011,** to file a reply, if any.

**DONE AND ORDERED** this 30th day of November 2010.

                                              *s/ Gary R. Jones*
                                              GARY R. JONES
                                              United States Magistrate Judge