IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARK WEBER,

    Plaintiff,

v.                                CASE NO. 5:09-cv-374-MW/GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 21, filed January 23, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating that the petition for writ of habeas corpus and the certificate of appealability are **DENIED.** The Clerk shall close the file.

SO ORDERED on February 20, 2013.

                                             s/Mark E. Walker
                                             United States District Judge